1
2
3
4
5
6
7
8
9
10

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

11
12

ABHAY BHOPAT,

        Plaintiff

13

      v.

14
15

THE PRUDENTIAL INSURANCE
COMPANY OF AMERICA,

16

        Defendant.

No.  2:24-cv-01174-JHC

STIPULATED MOTION FOR LEAVE TO
FILE DOCUMENT UNDER SEAL AND
ORDER

17
18

## I.  Relief Requested

19

The parties respectfully move the Court, pursuant to Federal Rule of Civil Procedure

20

5.2(d) and Local Civil Rule 5(g), to order that the administrative record in this action – the

21

defendant insurance company's claim file – be filed under seal, without redactions.

22

## II.    Relevant Facts and Legal Authority

23
24

This action arises under the Employee Retirement Income Security Act of 1974

25

(ERISA), 29 U.S.C. § 1001 et seq.  The Court will need to consider Defendant's claim file to

26

resolve the matter.  That file is primarily medical records and other documents addressing

27

Plaintiff's medical condition.

STIPULATED MOTION FOR LEAVE TO FILE
DOCUMENT UNDER SEAL AND ORDER - Page 1
No. 2:24-cv-01174-JHC

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

A party seeking to seal a document attached to a dispositive motion must provide compelling reasons "that outweigh the general history of access and the public policies favoring disclosure[.]"  *Kamakana v. City and County of Honolulu*, 447 F.3d 1172, 1179 (9th Cir. 2006).  The need to protect medical privacy qualifies as such a "compelling reason." *Karpenski v. Am. Gen. Life Companies, LLC*, No. 2:12-CV-01569-RSM, 2013 WL 5588312 at *1 (W.D. Wash. Oct. 9, 2013) (citing *Kamakana*).  *See also, e.g., S.L. by & through J.L. v. Cross*, 675 F. Supp. 3d 1138, 1146-47 (W.D. Wash. 2023) (granting motion to file ERISA record under seal because it contained sensitive personal health information); *Cont'l Med. Transp. LLC v. Health Care Serv. Corp.*, No. C20-0115-JCC, 2021 WL 2072524, at *4 (W.D. Wash. May 24, 2021), aff'd, No. 21-35481, 2022 WL 2045385 (9th Cir. June 7, 2022) (same); *Gary v. Unum Life Ins. Co. of Am.*, No. 3:17-CV-01414-HZ, 2018 WL 1811470, at *3 (D. Or. Apr. 17, 2018) ("[t]he parties have not presented, and the Court is not aware of, any cases where medical information was not allowed to be filed under seal under the 'compelling reasons' standard.").

Local Civil Rule 5.2(c) states that "in an action for benefits under the Social Security Act" the "administrative record must be filed under seal" because those "actions are entitled to special treatment due to the prevalence of sensitive information and the volume of filings." *Id*. That reasoning applies to this action.  Sensitive information is found throughout the claim file.

As certified below, the parties discussed whether redaction would be a suitable alternative.  Due to the extensive redaction that would be necessary, the parties believe redaction is not a reasonable alternative.  Federal Rule of Civil Procedure 5.2(d) states that a "court may order that a filing be made under seal without redaction" and the parties respectfully move the Court to so order here.

STIPULATED MOTION FOR LEAVE TO FILE
DOCUMENT UNDER SEAL AND ORDER - Page 2
No. 2:24-cv-01174-JHC

**III.  Local Rule 5 (g)(3)(A) Certification**

The parties certify pursuant to Local Rule 5(g)(3)(A) that the undersigned attorneys conferred on December 19, 2024, and agreed redaction was not a reasonable means to protect Plaintiff's medical privacy as the documents would need to be so extensively redacted.

**IV.  Conclusion**

The parties respectfully move the Court to order that the administrative record in this action be filed under seal, without redaction.

RESPECTFULLY SUBMITTED this 13th day of January 2025.


LAW OFFICE OF MEL CRAWFORD


By: *s/Mel Crawford*
      Mel Crawford, WSBA # 22930
Attorney for Plaintiff


SEYFARTH SHAW LLP


By: *s/Lauren Watts*
      Lauren Watts, WSBA# 44064
Attorneys for Defendant

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

**ORDER**

The Court GRANTS the parties' stipulated motion and ORDERS that the

administrative record in this action be filed and maintained under seal.  Pursuant to

Federal Rule of Civil Procedure 5.2(d), the record need not be redacted.

DATED this 13th day of January 2025.


John H. Chun
United States District Judge

STIPULATED MOTION FOR LEAVE TO FILE
DOCUMENT UNDER SEAL AND ORDER - Page 4
No. 2:24-cv-01174-JHC