UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ABHAY BHOPAT,<br><br>Plaintiff,<br><br>v.<br><br>THE PRUDENTIAL INSURANCE COMPANY OF AMERICA,<br><br>Defendant. | No. 2:24-cv-01174-JHC<br><br>STIPULATION AND ORDER DISMISSING ACTION |

Plaintiff Abhay Bhopat and Defendant The Prudential Insurance Company of America through their respective counsel hereby stipulate pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) that this action be dismissed with prejudice and without an award of fees or costs to any party.

It is so stipulated this 18th day of February 2025.

LAW OFFICE OF MEL CRAWFORD            SEYFARTH SHAW LLP

By: *s/ Mel Crawford*                                By: *s/Lauren Watts*
    Mel Crawford, WSBA # 22930                    Lauren Watts, WSBA# 44064
    Attorneys for Plaintiff                                  Attorneys for Defendant

STIPULATION AND ORDER
DISMISSING ACTION - Page 1
No. 2:24-cv-01174-JHC

**ORDER**

Based on the preceding Stipulation of the parties, the Court hereby Declares and Orders that this action and all claims asserted herein are dismissed with prejudice and without an award of fees or costs to any party.

IT IS SO ORDERED this 18th day of February, 2025.

_____
John H. Chun
United State District Judge